IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN QUINN,

      Plaintiff,                        No. CIV S-11-1781 GGH P

    vs.

TYRONE STURGES,

      Defendants.                 <u>ORDER</u>

_____/

        Plaintiff consented to the jurisdiction of the undersigned in a consent form signed on July 19, 2011. See docket # 6, filed on August 5, 2011. By an order filed July 14, 2011, plaintiff was ordered to file an in forma pauperis affidavit or to pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action. By filing signed on July 18, 2011, plaintiff filed an in forma pauperis application but failed to file a certified copy of his prison trust account for the six-month period preceding the filing of the complaint nor did he obtain the certification required on the application form. Docket # 5, filed on August 5, 2011.

        In an order, filed on September 19, 2011, plaintiff was provided another thirty days to submit the completed application and the certified copy in support of his in forma application. The thirty-day period has now expired, and plaintiff has not responded to the

1

court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: November 17, 2011

      /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:009
quin1781.fifp